IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>DATALOT, INC. D/B/A SOLIDQUOTE and REGAL RESULT, LLC<br><br>Defendants. | Case No. 2:26-cv-00325-CCW |

## PRAECIPE TO ISSUE SUMMONS

**TO:** **Clerk of the District Court**

The Plaintiff Stewart Abramson requests that this Court issue a summons in the above-referenced matter to Regal Result, LLC. A proposed summons is attached as Exhibit 1.

Dated: March 12, 2026

PLAINTIFF,
By his attorney,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Pro Hac Vice*