IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, | : : : | Civil File No. 26-cv-325 |
| Plaintiff, | : : : | |
| v. | : : | |
| DATALOT, INC. D/B/A SOLIDQUOTE and REGAL RESULT, LLC | : : : | |
| Defendants. | : : | |

### [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

This Court GRANTS the Motion to Appear *Pro Hac Vice* of Anthony I. Paronich.

SIGNED THIS ____ DAY OF _____, 2026.

_____
United States District Judge